No. D–2008. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see *ante*, p. 980.]

No. D–2009. IN RE DISBARMENT OF GLEAN. Disbarment entered. [For earlier order herein, see *ante*, p. 980.]

No. D–2011. IN RE DISBARMENT OF WECHSLER. Disbarment entered. [For earlier order herein, see *ante*, p. 998.]

No. D–2012. IN RE DISBARMENT OF FRIEDMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 998.]

No. D–2015. IN RE DISBARMENT OF HINGLE. Disbarment entered. [For earlier order herein, see *ante*, p. 1038.]

No. D–2016. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see *ante*, p. 1038.]

No. D–2017. IN RE DISBARMENT OF GLEE. Disbarment entered. [For earlier order herein, see *ante*, p. 1039.]

No. D–2019. IN RE DISBARMENT OF FROST. Disbarment entered. [For earlier order herein, see *ante*, p. 1039.]

No. D–2020. IN RE DISBARMENT OF FITSOS. Disbarment entered. [For earlier order herein, see *ante*, p. 1052.]

No. D–2032. IN RE DISBARMENT OF BOOREAM. Charles V. Booream III, of Milltown, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2033. IN RE DISBARMENT OF BALDRIDGE. H. Gene Baldridge, of Ashland, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2034. IN RE DISBARMENT OF TEW. F. Allen Tew, of Indianapolis, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.